**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Dennis L Shamblin | ) | Case no. 21-14136 |
| Gail J Shamblin | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Judge:  Janet S. Baer |
| | ) | |

**NOTICE OF OBJECTION**

Please take notice that Glenn Stearns, Chapter 13 Trustee objects to the Debtor's motion to Vacate Payroll Order docket # 55.

1. Debtor is not current on plan payment; $1325 default thru January.

2. The motion to extend required payroll so there is no basis to vacate the order.

/s/ Pam Peterson
For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888